THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Leon Contrez Bing,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2003-UP- 440
Submitted April 18, 2003  Filed June 
 25, 2003  

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney General John W. 
 McIntosh; Assistant Deputy Attorney General Charles H. Richardson, all of Columbia;  
 and Solicitor Barbara R. Morgan,  of Aiken, for Respondent.
 
 
 

PER CURIAM:  Leon Contrez Bing was indicted for armed robbery and first 
 degree criminal sexual conduct (CSC).  He was tried, found guilty of first degree 
 CSC and sentenced to life in prison.  Bing appeals his conviction, arguing the 
 trial court erred in allowing the State to exercise two preemptory challenges 
 in a discriminatory manner in violation of the mandate set forth in Batson 
 v. Kentucky, 476 U.S. 79 (1986).  
Counsel for Bing submitted a final brief and attached a petition 
 to be relieved stating she reviewed the record and found the appeal to be without 
 merit.  After a review of the record, counsels brief and Bings pro 
 se brief pursuant to Anders v. California, 386 U.S. 738 (1967) 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Bings appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rule 215, 
 SCACR.